**Muttaqin Fatir ABDULLAH,
Plaintiff-Appellant,**

v.

**Ernest a FINNEY, III; James Turner, Detective, Defendants-Appellees.**

No. 16-7288

United States Court of Appeals, Fourth Circuit.

Submitted: January 17, 2017

Decided: January 20, 2017

Muttaqin F. Abdullah, Appellant Pro Se.

Before NIEMEYER, TRAXLER, and KING, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Muttaqin F. Abdullah appeals the district court's order adopting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Abdullah v. Finney, No. 3:16–cv–01276–JFA (D.S.C. filed Sept. 13, and entered Sept. 14, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED